IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD FINNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:22-cv-01059-SRF |
| v. | ) |
| | ) |
| DELAWARE DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff Donald Finney and counsel for Defendant Delaware Department of Transportation that this action, and all claims asserted by any party, shall be and hereby are dismissed *with prejudice*, with each party bearing its own costs, expenses and attorneys' fees.

**ALLEN & ASSOCIATES**

/s/ Michele D. Allen
Michele D. Allen (#4359)
4250 Lancaster Pike, Suite 230
Wilmington, DE 19805
(302) 234-8600
(302) 397-3930 (fax)
michele@allenlaborlaw.com
*Attorney for Plaintiff*

Dated: February 24, 2025

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Victoria R. Sweeney
Victoria R. Sweeney (#6586)
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Victoria.Sweeney@delaware.gov
*Attorney for Defendant*

**IT IS HEREBY ORDERED** this 25th day of February, 2025.

_____
United States District Judge
Magistrate